**Fill in this information to identify the case:**

Debtor 1: Janet S Hotsko

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number: 15-40749-elm13

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 5 0

**Property address:**
510 Leatherwood Lane
Number    Street

Greenville, TX 75402
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

[✓] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 2047.06

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ 2047.06

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 04/01/2020 MM/DD/YYYY

Debtor 1   **Janet S Hotsko**
           First Name  Middle Name  Last Name

Case number *(if known)* 15-40749-elm13

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Angie M Marth
Signature

Date 05/20/2020

Print: **Angie M Marth**
First Name  Middle Name  Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 600 E. John Carpenter Fwy., Suite 175
Number  Street

Irving, TX 75062
City  State  ZIP Code

Contact phone (972) 893-3096

Email: bknotifications@ghidottiberger.com

| BK Case | 15-40749 | * Prior to 12/2011 payment changes were not required to be filed in courts or with Proof of claim | | | | | |
|---|---|---|---|---|---|---|---|
| BK Filing Date | 2/24/2015 | | | | | | |
| First Post date | 3/1/2015 | | | | | | |
| **Pmt Change Filed** | **Filing Date** | **Effective date** | **Amount** | **PI** | **Escrow** | **Others** | **Comment** |
| POC pmt Filed | 6/23/2015 | 3/1/2015 | $884.48 | $518.01 | $366.47 | | As per trustee ledger, there are 11 post-petition arrears from 01-01-16 to 11-01-16 @ $884.48 each. |
| Pmt Change Filed | 12/9/2016 | 1/1/2017 | $904.79 | $518.01 | $386.78 | | |
| Pmt Change Filed | 3/21/2017 | 5/1/2017 | $913.75 | $518.01 | $395.74 | | |
| Pmt Change Filed | 2/13/2018 | 4/1/2018 | $952.88 | $518.01 | $434.87 | | |
| Pmt Change Filed | 7/11/2019 | 8/1/2019 | $982.75 | $518.01 | $464.74 | | |
| Pmt Change Filed | 1/9/2020 | 2/1/2020 | $1,023.53 | $518.01 | $505.52 | | |
| **Date Rcvd** | **Amount Rcvd/Rvd** | **Amount Due** | **Due Date** | **Suspense** | | | |
| 4/13/2015 | $934.55 | $884.48 | 3/1/2015 | $ 50.07 | | | |
| 5/15/2015 | $934.55 | $884.48 | 4/1/2015 | $ 100.14 | | | |
| 7/27/2015 | $450.00 | | | $ 550.14 | | | |
| | | $884.48 | 5/1/2015 | $ -334.34 | | | |
| | | $884.48 | 6/1/2015 | $ -1,218.82 | | | |
| | | $884.48 | 7/1/2015 | $ -2,103.30 | | | |
| | | $884.48 | 8/1/2015 | $ -2,987.78 | | | |
| | | $884.48 | 9/1/2015 | $ -3,872.26 | | | |
| | | $675.00 | Fees | $ -4,547.26 | | | |
| **APO Entered 9/25/15 covering 5/1/15-9/1/15 IAO $4,547.26. Arrears added to Plan. Regular resume 10/01/15.** | | | | | | | |
| 11/6/2015 | $905.29 | $884.48 | 10/1/2015 | $ 20.81 | | | |
| 12/1/2015 | $905.29 | $884.48 | 11/1/2015 | $ 41.62 | | | |
| 1/4/2016 | $905.29 | $884.48 | 12/1/2015 | $ 62.43 | | | |
| **Plan Modified 12/13/16. Post-petition arrears from 1/1/16-11/1/16 added to Plan IAO $9,666.85. Borrower to make payments for 12/1/16 and 1/1/17. Trustee to begin making conduit payments on 2/1/17.** | | | | | | | |
| 3/6/2017 | $2,714.37 | $904.79 | 2/1/2017 | $ 1,809.58 | | | |
| 3/6/2017 | | $904.79 | 3/1/2017 | $ 904.79 | | | |
| 3/6/2017 | | $904.79 | 4/1/2017 | $ - | | | |
| 4/4/2017 | $904.79 | | | $ 904.79 | | | |
| 5/3/2017 | $904.79 | $913.75 | 5/1/2017 | $ 895.83 | | | |
| 6/7/2017 | $913.75 | $913.75 | 6/1/2017 | $ 895.83 | | | |
| 7/5/2017 | $17.92 | $913.75 | 7/1/2017 | $ - | | | |
| 8/1/2017 | $913.75 | $913.75 | 8/1/2017 | $ - | | | |
| 9/6/2017 | $913.75 | $913.75 | 9/1/2017 | $ - | | | |
| 10/3/2017 | $913.75 | $913.75 | 10/1/2017 | $ - | | | |
| 11/3/2017 | $913.75 | $913.75 | 11/1/2017 | $ - | | | |
| 12/4/2017 | $913.75 | $913.75 | 12/1/2017 | $ - | | | |
| 2/6/2018 | $1,827.50 | $913.75 | 1/1/2018 | $ 913.75 | | | |
| 2/6/2018 | | $913.75 | 2/1/2018 | $ - | | | |
| 3/5/2018 | $913.75 | $913.75 | 3/1/2018 | $ - | | | |
| 4/3/2018 | $913.75 | $913.75 | 4/1/2018 | $ - | | | |
| 5/3/2018 | $952.88 | $952.88 | 5/1/2018 | $ - | | | |
| 6/20/2018 | $952.88 | $952.88 | 6/1/2018 | $ - | | | |
| 7/2/2018 | $952.88 | $952.88 | 7/1/2018 | $ - | | | |
| 8/3/2018 | $952.88 | $952.88 | 8/1/2018 | $ - | | | |
| 9/3/2018 | $952.88 | $952.88 | 9/1/2018 | $ - | | | |
| 12/2/2018 | $2,858.64 | $952.88 | 10/1/2018 | $ 1,905.76 | | | |
| 12/2/2018 | | $952.88 | 11/1/2018 | $ 952.88 | | | |
| 12/2/2018 | | $952.88 | 12/1/2018 | $ - | | | |
| 1/3/2019 | $952.88 | $952.88 | 1/1/2019 | $ - | | | |
| 2/2/2019 | $952.88 | $952.88 | 2/1/2019 | $ - | | | |
| 5/6/2019 | $2,858.64 | $952.88 | 3/1/2019 | $ 1,905.76 | | | |
| 5/6/2019 | | $952.88 | 4/1/2019 | $ 952.88 | | | |
| 5/6/2019 | | $952.88 | 5/1/2019 | $ - | | | |
| 6/2/2019 | $952.88 | $952.88 | 6/1/2019 | $ - | | | |
| 8/3/2019 | $1,935.63 | $952.88 | 7/1/2019 | $ 982.75 | | | |
| 8/3/2019 | | $982.75 | 8/1/2019 | $ - | | | |
| 10/2/2019 | $982.75 | $982.75 | 9/1/2019 | $ - | | | |
| 4/28/2020 | $5,978.06 | $982.75 | 10/1/2019 | $ 4,995.31 | | | |
| 4/28/2020 | | $982.75 | 11/1/2019 | $ 4,012.56 | | | |
| 4/28/2020 | | $982.75 | 12/1/2019 | $ 3,029.81 | | | |
| 4/28/2020 | | $982.75 | 1/1/2020 | $ 2,047.06 | | | |
| 4/28/2020 | | $1,023.53 | 2/1/2020 | $ 1,023.53 | | | |
| 4/28/2020 | | $1,023.53 | 3/1/2020 | $ - | | | |

**CERTIFICATE OF SERVICE**

On May 20, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Richard M. Weaver    lawweaver@sbcglobal.net

TRUSTEE
Tim Truman    ftworthchapter13trustee-ecf@ch13ftw.com

US TRUSTEE
US Trustee    ustpregion06.da.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On May 20, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| Debtor<br>Janet S Hotsko<br>510 Leatherwood Lane<br>Greenville, TX 75402 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll